# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:24-CV-02232-JSS-DCI

Plaintiff:
**J. B. Nottingham, Inc.**

vs.

Defendants:
**Eaton Corporation, PLC and JO-KELL, Inc.**

Received by On Demand Process Service, LLC to be served on **JO-KELL, Inc c/o Anthony J Mazzeo, WoodsRogers, 101 West Main Street, Suite 500, Norfolk, VA 23510**.

I, Nancy G. Wood, being duly sworn, depose and say that on the **5th day of March, 2025** at **1:40 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, First Amended Complaint for Federal Trademark Infringement, Counterfeiting, Federal UnfairCompetition, and Common Law Trademark Infringement and Unfair Competition with Exhibits A,B,C Summons, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Notice of Lead Counsel,Motion For Special Admission (Jeffrey H. Greger), Certificate of Jeffrey H. Greger, Motion for Special Admission ( Thomas W. Cole), Certification of Thomas W. Cole, Plaintiff's Disclosure Statement Under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03,Notice of Pendency of Other Actions DE 15 filed on (12/23/24), Notice of Pendency of Other Actions DE 16 Filed on (12/26/24)** to: **Anthony J Mazzeo, Esq.** as Counsel for **JO-KELL, Inc,** at the address of: **WoodsRogers, 101 West Main Street, Suite 500, Norfolk, VA 23510,** and informed said person of the contents therein, in compliance with state statutes.

I have delivered the writ to the person found in charge of the business or employment and that person was advised as to the general nature of the document.

**Description** of Person Served: Age: 50s, Sex: M, Race/Skin Color: Caucasian, Height: 5'9", Weight: 210, Hair: Grey, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am an Authorized Process Server, in good standing, in the judicial circuit in which the process was served.

Commonwealth of Virginia in the City of Virginia Beach
Subscribed and sworn to before me on the 6th day of
March, 2025 by the affiant who is personally known to
me.

Notary Public: Daniel C. Wood
Reg # 191016  Expires: 085/31/2026

**Nancy G. Wood**
Process Server

**On Demand Process Service, LLC**
**P.O. Box 440565**
**Miami, FL 33144**
**(305) 305-9872**

Our Job Serial Number: HPR-2025016950

Copyright © 1992-2025 Database Software, Inc. - Process Server's Toolbox V9.0a