## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:24-CV-02232-JSS-DCI

Plaintiff: **J.B. NOTTINGHAM, INC.,**
vs.
Defendant: **EATON CORPORATION, PLC and JO-KELL, INC.,**

For:
Joseph Englander
Lewis Brisbois Bisgard & Smith LLP
110 SE 6th Street, Floor 25
Fort Lauderdale, FL 33324

Received by On Demand Process Service , LLC on the 4th day of March, 2025 at 4:44 pm to be served on **Eaton Corporation, PLC c/o CT Corporation System, 1200 S. Pine Island Road, Plantation, FL 33324**

I, Roy Bates, do hereby affirm that on the **5th day of March, 2025** at **2:44 pm, I:**

served a **CORPORATE-REGISTERED AGENT** by delivering a true copy of the **SUMMONS, FIRST AMENDED COMPLAINT FOR FEDERAL TRADEMARK INFRINGEMENT,     COUNTERFEITING, FEDERAL UNFAIR COMPETITION, AND COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION WITH EXHIBITS A,B,C SUMMONS, REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK, NOTICE OF LEAD COUNSEL, MOTION FOR SPECIAL ADMISSION (JEFFREY H. GREGER), CERTIFICATION OF JEFFREY H. GREGER, MOTION FOR SPECIAL ADMISSION (THOMAS W. COLE)CERTIFICATION OF THOMAS W. COLE,PLAINTIFF'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03, NOTICE OF PENDENCY OF OTHER ACTIONS DE 15, AND NOTICE OF PENDENCY OF OTHER ACTIONS DE 16** with the date and time of service, my initials, and identification number endorsed thereon by me to **Jasmine Gary, an Intake Specialist, employed by the Registered Agent CT Corporation System** at the address of **1200 S Pine Island Road - Ste 250, Plantation, FL 33324** accepted service in hand **for Eaton Corporation, PLC. I** informed said person of the contents therein. Jasmine Gary is described as a Black female, estimated age of 28 years old with dark brown hair, 5' 3" tall, weighing 100 lbs, and was wearing glasses. Service was effectuated pursuant to F.S. 48.081 (3)(a) .

I acknowledge that I am a  Process Server in good standing in the Judicial Circuit in which service was effected in Broward County, that I am over the age of 18, and that I am not a party to nor interested in the outcome of the above-entitled suit.  Under penalties of perjury, I declare I have read the foregoing verified Affidavit of Non- Service and the facts stated in it are true.

**Roy Bates**
SPS #1383
3/5/2025
**Date**

**On Demand Process Service , LLC**
**PO Box 440565**
**Miami, FL 33144**
**(305) 305-9872**

Our Job Serial Number: ODE-2025000151
Ref: 57846.1/JB Nottingham

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b