**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

J.B. NOTTINGHAM, INC.,

       Plaintiff,                                  Case No. 24-cv-2232-JSS-DCI

v.

EATON CORPORATION, PLC and
JO-KELL, INC.,

       Defendants.

_____/

**PLAINTIFF'S CONSENT MOTION TO FILE SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff J.B. Nottingham Inc. ("Plaintiff") hereby moves the Court to for leave to file the Second Amended Complaint attached hereto as Ex. 1. As discussed below, both of the current Defendants Eaton Corporation PLC and Jo-Kell, Inc. have consented to the filing of the Second Amended Complaint and Plaintiff's motion also is supported by good cause.

Upon receiving service, in-house counsel for Eaton informed Plaintiff's counsel of a perceived defect in service arising because of trade names used by Eaton Corporation (a U.S. entity) and Eaton Corporation PLC (a foreign company formed under the laws of Ireland that owns the U.S. entity Eaton Corporation). Counsel for the parties have now corresponded with the goal of naming the correct Eaton entity as the pertinent defendant. Eaton has identified Cooper Crouse-Hinds, LLC, a Delaware entity, owned by Eaton Corporation PLC, as the proper defendant from Eaton's perspective.

Federal Rule of Civil Procedure 15(a)(2) allows for amended pleadings "only with the opposing party's written consent or the court's leave," which the "court should freely give . . .

1

154813209.1

when justice so requires." *See In re Engle Cases*, 767 F.3d 1082, 1108 (11th Cir. 2014). "The thrust of Rule 15(a) is to allow parties to have their claims heard on the merits, and accordingly, district courts should liberally grant leave to amend when 'the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief.'" *Id*. (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962)).

In view of Eaton's representations, Plaintiff has obtained the consent of both of the currently named Defendants to file the attached Second Amended Complaint substituting Cooper Crouse-Hinds LLC as a co-defendant and to dismiss Eaton Corporation PLC without prejudice subject to potentially being added back into the case if discovery shows that would be appropriate. The parties also have agreed the new defendant Cooper Crouse-Hinds LLC will waive service of the Second Amended Complaint and Defendant Jo-Kell, Inc. will have 14 days after service as permitted by Fed. R. Civ. P. 15(a)(3) to respond to the Second Amended Complaint.

In view of the above, based on the consent of the parties, and for good cause shown, Plaintiff respectfully requests that the Court grant this motion. A proposed Order is attached.

Dated: March 26, 2025          Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Plaintiff*
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
E-Service: ftlemaildesig@lewisbrisbois.com

By:/s/ *Joseph R. Englander*
Joseph R. Englander, Esq.
Florida Bar No.: 935565
joseph.englander@lewisbrisbois.com

**JEFFREY H. GREGER, PC**
*Counsel for Plaintiff*
Jeffrey H. Greger, Esq.  (admitted Pro Hac)
Virginia State Bar No.: 41500
5006 Kenerson Drive
Fairfax, Virginia 22032
Telephone: (571) 331-4949
E-Service: jeff@gregerpc.com

**STUDEBAKER & BRACKETT PC**
*Counsel for Plaintiff*
Thomas W. Cole, Esq. (admitted Pro Hac )
Virginia State Bar No.: 21341
8255 Greensboro Dr Ste 300
McLean, Virginia 22102
Telephone 703 677 2169
E-Service: thomas.cole@sbpatentlaw.com

SEEN AND CONSENTED TO BY:

**Eaton Corporation PLC**

By _/s/ Lucas M. Blower_

Name _Lucas M. Blower_

Title _Counsel - Litigation, Law Department_

Dated _3/26/2025_

**Jo-Kell Inc.**

By _____

Name _Anthony J. Mazzeo_
      Woods Rogers Vandeventer Black PLC

Title _Counsel for Jo-Kell Inc._

Dated _26 March 2025_

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below the foregoing document with any attachments was filed using the Court's CM/ECF System, which caused counsel of record for the parties to be served by electronic mail, as more fully reflected on the notice of electronic filing.

Dated: March 26, 2025          _/s/Joseph R. Englander_

3