**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

J.B. NOTTINGHAM, INC.,

      Plaintiff,                                   Case No. 24-cv-2232-JSS-DCI

v.

EATON CORPORATION, PLC and
JO-KELL, INC.,

      Defendants.

_____/

**[PROPOSED] <u>ORDER</u>**

This matter has come before the Court on Plaintiff's Consent Motion to File Second Amended Complaint. Plaintiff represents that Defendants have consented to the filing of a Second Amended Complaint (attached as Ex. 1 to the Motion) to substitute Cooper Crouse-Hinds LLC as a co-defendant and to dismiss Eaton Corporation, PLC without prejudice subject to potentially being added back into the case if discovery shows that would be appropriate. Plaintiff also represents the parties have agreed the new defendant Cooper Crouse-Hinds LLC will waive service of the Second Amended Complaint and Defendant Jo-Kell, Inc. will have 14 days after service as permitted by Fed. R. Civ. P. 15(a)(3) to respond to the Second Amended Complaint. Defendants' consent is indicated by their signatures at the end of Plaintiff's Motion.

For the reasons stated in Plaintiff's Motion, based on the consent of the parties, and for good cause shown, Plaintiff's motion is **GRANTED**. It is hereby **ORDERED** that:

1.      Plaintiff is granted leave to file the Second Amended Complaint (Ex. 1 to the Motion) on the docket.

2.      Defendant Eaton Corporation, PLC is dismissed without prejudice.

3.      Defendant Cooper Crouse-Hinds LLC will respond to the Second Amended Complaint within 60 days after the date when Plaintiff sends it the request to waive service.

4.      Defendant Jo-Kell, Inc. will respond to the Second Amended Complaint within 14 days of service as provided in Fed. R. Civ. P. 15(a)(3).

It is **SO ORDERED** this ____ day of _____, 2025.

_____
Hon. Judge Julie S. Sneed
United States District Judge

2