**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| J.B. NOTTINGHAM, INC., | Civ. Action No. 6:24-CV-2232 |
| Plaintiff, | |
| v. | |
| COOPER CROUSE-HINDS, LLC, and JO-KELL INC., | |
| Defendants. | |

**MEDIATION REPORT**

Plaintiff J.B. Nottingham, Inc. ("JBN") and Defendant Cooper Crouse-Hinds, LLC ("CCH") (collectively, the "Parties")[1] held an all-day mediation session on May 18, 2026 in person in Tampa, Florida with the mediator Jim Matulis. The results of that mediation are indicated below.

1. **Attendance**

The following participants attended the mediation conference:

☒ lead counsel

☒ the parties or a party's surrogate satisfactory to the mediator

☐ any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

n/a

---

[1] Defendant Jo-Kell Inc. was dismissed on April 22, 2026. *See* Doc. 64.

1

## 2.  Outcome

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐    The parties completely settled the case.

☐    The parties partially settled the case. The following issues remain:

_____

_____

_____

_____

☒    The parties agreed to continue the mediation conference. The parties will file another mediation report by no later than Friday, June 5, 2026. Note also that the parties have jointly filed a concurrent request for an extension of the dispositive and *Daubert* motion deadlines to Monday, June 8, 2026 to accommodate the ongoing mediation.

☐    The parties have reached an impasse.

Date: May 29, 2026                          Respectfully submitted,

/s/Jacob M. Burr                              /s/Joshua D. Curry
Jacob M. Burr (*pro hac vice*)          Joseph R. Englander
Jacob.Burr@troutman.com              Florida Bar No.: 935565
                                                       Pedro Stefan Quintana
John S. Gibbs III                            Florda Bar No.  1026411
Florida Bar No. 91105                     LEWIS BRISBOIS BISGAARD
Evan.Gibbs@troutman.com             & SMITH LLP
                                                       110 Southeast Sixth Street, Suite 2600
Troutman Pepper Locke LLP           Fort Lauderdale, Florida 33301
600 Peachtree Street                        Telephone: (954) 728-1280
Suite 3000                                       Facsimile: (954) 678-4090
Atlanta, GA 30308                           Email: joseph.englander@lewisbrisbois.com
Telephone: 404.885.309                             pedro.quintana@lewisbrisbois.com
                                                       E-Service: ftlemaildesig@lewisbrisbois.com
*Counsel for Defendant Cooper Crouse-Hinds,*
*LLC*                                               Joshua D. Curry
                                                       Florida Bar No.: 36925
                                                       LEWIS BRISBOIS BISGAARD &
                                                       SMITH LLP

2

600 Peachtree St. NE, Suite 4700
Atlanta, GA 30308
Ph: 404.348.8585
Fax: 404.467.8845
Email: josh.curry@lewisbrisbois.com

Benjamin A Andersen (pro hac vice)
WISLER PEARLSTINE LLP
460 Norristown Rd., Suite 110
Blue Bell, PA  19422
Telephone: 610.825.8400
Email: bandersen@wispearl.com

Jeffrey H. Greger (pro hac vice)
JEFFREY H. GREGER, PC
Virginia State Bar No.: 41500
5006 Kenerson Drive
Fairfax, Virginia 22032
Telephone: (571) 331-4949
Email: jeff@gregerpc.com

Thomas W. Cole (pro hac vice)
STUDEBAKER & BRACKETT PC
Virginia State Bar No.: 21341
8255 Greensboro Dr Ste 300
McLean, Virginia 22102
Telephone 703 677 2169
Email: thomas.cole@sbpatentlaw.com

*Counsel for Plaintiff J.B. Nottingham, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below the foregoing document with any attachments was filed using the Court's CM/ECF System, which caused counsel of record for the parties to be served by electronic mail, as more fully reflected on the notice of electronic filing.

Dated: May 29, 2026                   */s/Joshua D. Curry*

3