**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| J.B. NOTTINGHAM, INC., | Civ. Action No. 6:24-CV-2232 |
| Plaintiff, | |
| v. | |
| COOPER CROUSE-HINDS, LLC, and JO-KELL INC., | |
| Defendants. | |

**UPDATED MEDIATION REPORT**
**(Result: Impasse)**

Plaintiff J.B. Nottingham, Inc. ("JBN") and Defendant Cooper Crouse-Hinds, LLC ("CCH") (collectively, the "Parties")[1] are filing this updated mediation report. As previously reported, the Parties held an all-day mediation session on May 18, 2026 in person in Tampa, Florida with the mediator Jim Matulis. *See* Doc. 68 (initial mediation report dated 5/29/2026). Thereafter, the Parties continued to discuss a potential resolution on their own and via the mediator, but the Parties have reached an impasse.

Date: June 8, 2026                          Respectfully submitted,

 /s/Jacob M. Burr                                 /s/Joshua D. Curry
Jacob M. Burr (*pro hac vice*)              Joseph R. Englander
Jacob.Burr@troutman.com                    Florida Bar No.: 935565
                                                         Pedro Stefan Quintana
John S. Gibbs III                                Florda Bar No.  1026411
Florida Bar No. 91105                        LEWIS BRISBOIS BISGAARD
Evan.Gibbs@troutman.com                  & SMITH LLP
                                                         110 Southeast Sixth Street, Suite 2600
Troutman Pepper Locke LLP               Fort Lauderdale, Florida 33301
600 Peachtree Street                           Telephone: (954) 728-1280
Suite 3000                                          Facsimile: (954) 678-4090
Atlanta, GA 30308                             Email: joseph.englander@lewisbrisbois.com

---

[1] Defendant Jo-Kell Inc. was dismissed on April 22, 2026. *See* Doc. 64.

1

Telephone: 404.885.309

*Counsel for Defendant Cooper Crouse-Hinds, LLC*

pedro.quintana@lewisbrisbois.com
E-Service: ftlemaildesig@lewisbrisbois.com

Joshua D. Curry
Florida Bar No.: 36925
LEWIS BRISBOIS BISGAARD &
SMITH LLP
600 Peachtree St. NE, Suite 4700
Atlanta, GA 30308
Ph: 404.348.8585
Fax: 404.467.8845
Email: josh.curry@lewisbrisbois.com

Benjamin A Andersen (pro hac vice)
WISLER PEARLSTINE LLP
460 Norristown Rd., Suite 110
Blue Bell, PA  19422
Telephone: 610.825.8400
Email: bandersen@wispearl.com

Jeffrey H. Greger (pro hac vice)
JEFFREY H. GREGER, PC
Virginia State Bar No.: 41500
5006 Kenerson Drive
Fairfax, Virginia 22032
Telephone: (571) 331-4949
Email: jeff@gregerpc.com

Thomas W. Cole (pro hac vice)
STUDEBAKER & BRACKETT PC
Virginia State Bar No.: 21341
8255 Greensboro Dr Ste 300
McLean, Virginia 22102
Telephone 703 677 2169
Email: thomas.cole@sbpatentlaw.com

*Counsel for Plaintiff J.B. Nottingham, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below the foregoing document with any attachments was filed using the Court's CM/ECF System, which caused counsel of record for the parties to be served by electronic mail, as more fully reflected on the notice of electronic filing.

Dated: June 8, 2026          /s/Joshua D. Curry

2