# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| J.B. NOTTINGHAM, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>COOPER CROUSE-HINDS, LLC, and<br>JO-KELL INC.,<br><br>        Defendants. | Civ. Action No. 6:24-CV-2232 |

## SECOND JOINT MOTION TO FILE
## CERTAIN MATERIALS UNDER SEAL

Plaintiff J.B. Nottingham, Inc. ("JBN") and Defendant Cooper Crouse-Hinds, LLC ("CCH") respectfully move to file the documents listed below in Tables 1-4 that are being submitted in connection with the parties' summary judgment and *Daubert* motions under seal indefinitely with access allowed only by the Court, parties, counsel, and their respective staff. The parties are not seeking to seal the entirety of their summary judgment and *Daubert* briefs or even their statements of fact in support thereof (which have already been filed on the public docket), but instead the parties are only seeking to seal the limited set of exhibits listed below.

Filing and sealing these documents is necessary because they are being referred to in the parties respective summary judgment and *Daubert* motions and as described on a document-by-document basis in the tables below, the documents

178077600.1

1

contain confidential, proprietary, or trade secret information and there is no practicable less-restrictive alternative to sealing this limited set of documents in their entirety.

## I.    BACKGROUND

This case involves trademark claims brought by JBN that arise from CCH's alleged unauthorized post-termination use of JBN's federally registered DURALINE trademark in connection with ship-to-shore connectors. The record in this case contains extensive confidential business and technical information, including, but not limited to, proprietary manufacturing specifications, mold designs, tooling details, engineering drawings, internal business records, customer information, and other trade secrets belonging to the parties. The documents to be sealed also include non-party information (e.g., customer information) provided to the parties under an obligation of confidentiality and with the expectation that the parties will ensure the confidentiality of this non-party information by seeking to file it under seal.

Disclosure of these materials to the public would cause competitive harm to the parties and third parties whose information appears in the record. For example, if these materials were required to be filed on the public record, competitors could easily copy the designs, business and technical information, and trade secrets therein

178077600.1

2

and use all of that information to unlawfully compete with the parties, steal designs and customers, or otherwise misuse the information the parties seek to seal.

## II. LEGAL STANDARD

Although there is a common law right of access to judicial records, that right "is not absolute" and may be overcome when competing interests so require. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597–98 (1978). Courts have discretion to seal court records when the public's right of access is outweighed by competing interests. *Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007). The common law right of access can be overridden upon a showing of good cause, which entails weighing the claimed right of access against the opposing party's interest in maintaining confidentiality. *Id.* at 1246. Relevant factors include "whether allowing access would impair court functions or harm legitimate private or public interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing." *Id.*

Trade secrets and proprietary business information constitute a well-recognized basis for sealing court records. See, e.g., *Local Access, LLC v. Peerless Network, Inc.*, No. 14cv-399, 2017 WL 2212786, at *1 (M.D. Fla. May 17, 2017); *Graphic Packaging Int'l, Inc. v. C.W. Zumbiel Co.*, No. 10-cv-891, 2010 WL

178077600.1

6790538, at *2 (M.D. Fla. Oct. 28, 2010) (sealing documents containing confidential financial business information); *Direct Components, Inc. v. Microchip USA, LLC*, No. 8:23-CV-1617-VMC-SPF, 2025 WL 3619741, at *2 (M.D. Fla. July 25, 2025).

Under Local Rule 1.11, a party seeking to file documents under seal must demonstrate "good cause" for sealing the documents from public view. *See* Local Rule 1.11. Local Rule 1.11(b)(8) also requires that the motion to seal "must include [each] item [for which sealing is sought], which is sealed pending an order resolving the motion."

## III.    ARGUMENT

Good cause exists to seal the limited set of documents listed in the tables below for the reasons specifically stated as to each document. As previously noted, the parties are not seeking to seal the entirety of their summary judgment and *Daubert* briefs or even their statements of fact in support thereof (which have already been filed on the public docket), but instead the parties are only seeking to seal the limited set of exhibits listed in the tables below being submitted in connection with the summary judgment and *Daubert* briefing for the reasons explained below.

[remainder of page intentionally blank]

178077600.1

4

| Table 1: Certain Exhibits to Joint Statement of Undisputed Material Fact | | |
|---|---|---|
| JX | Description | Basis for Sealing |
| JX-3 | Jan. 2026 CCH factory photos (CCH_551-568) | Contains confidential business information, specifically the details by which a competitor could utilize to manufacture or replicate these parts to offer directly competing parts. |
| JX-4 | 6/5/2009 CCH notice terminating JBN-CCH contract (JBN-Duraline_873-874) | Contains confidential business information, economic terms, and customer names and contact information |
| JX-6 | 6/14/1993 CCH print, A200039 male STS sleeve (CCH_3588-3589) | Contains confidential business information, specifically the exact proprietary specifications and details by which a competitor could utilize to manufacture these parts to the exact measurements to offer directly competing parts. |
| JX-7 | 6/30/2005 CCH print Rev A, E1022 female STS connector (CCH_3660) | Contains confidential business information, specifically the exact proprietary specifications and details by which a competitor could utilize to manufacture these parts to the exact measurements to offer directly competing parts. |
| JX-8 | 5/30/2012 CCH print Rev C, CH200061 female STS sleeve (CCH_3408-3409) | Contains confidential business information, specifically the exact proprietary specifications and details by which a competitor could utilize to manufacture these parts to the exact measurements to offer directly competing parts. |

178077600.1

| | Table 1: Certain Exhibits to Joint Statement of Undisputed Material Fact | |
|---|---|---|
| **JX** | **Description** | **Basis for Sealing** |
| JX-9 | 5/30/2012 CCH print Rev C, CH200060 male STS sleeve (CCH_3406-3407) | Contains confidential business information, specifically the exact proprietary specifications and details by which a competitor could utilize to manufacture these parts to the exact measurements to offer directly competing parts. |
| JX-10 | 6/17/2011 CCH print Rev G, A200040-D female STS sleeve (CCH_3451-3453) | Contains confidential business information, specifically the exact proprietary specifications and details by which a competitor could utilize to manufacture these parts to the exact measurements to offer directly competing parts. |
| JX-11 | Amy Poole (CCH) deposition excerpts (Vols. I and II) | Contains confidential business information, from a quality engineer of Defendant on how she conducts her business and how the company operates in a fashion that could provide proprietary information to competitors. |
| JX-12 | 5/30/2012 CCH print Rev C, A200061 female STS sleeve (CCH_3606-3607) | Contains confidential business information, specifically the exact proprietary specifications and details by which a competitor could utilize to manufacture these parts to the exact measurements to offer directly competing parts. |

178077600.1

6

| **Table 1**: Certain Exhibits to Joint Statement of Undisputed Material Fact | | |
|---|---|---|
| **JX** | **Description** | **Basis for Sealing** |
| JX-13 | 5/30/2012 CCH print Rev B, A200060 male STS sleeve(CCH_3402-3403) | Contains confidential business information, specifically the exact proprietary specifications and details by which a competitor could utilize to manufacture these parts to the exact measurements to offer directly competing parts. |
| JX-14 | 10/17/2012 CCH SolidWorks "unreleased" print, A200060 STS sleeve (CCH_3604-3605) | Contains confidential business information, specifically the exact proprietary specifications and details by which a competitor could utilize to manufacture these parts to the exact measurements to offer directly competing parts. |
| JX-15 | 6/5/2023 CCH print Rev N, A200040-D female STS sleeve (CCH_1946-1948) | Contains confidential business information, specifically the exact proprietary specifications and details by which a competitor could utilize to manufacture these parts to the exact measurements to offer directly competing parts. |
| JX-16 | 4/24/2015 CCH print Rev D, A200061 female STS sleeve (CCH_3404-3405) | Contains confidential business information, specifically the exact proprietary specifications and details by which a competitor could utilize to manufacture these parts to the exact measurements to offer directly competing parts. |

178077600.1

| Table 1: Certain Exhibits to Joint Statement of Undisputed Material Fact | | |
|---|---|---|
| **JX** | **Description** | **Basis for Sealing** |
| JX-17 | 4/8/2015 CCH print Rev J, A200040 female STS sleeve (CCH_3591) | Contains confidential business information, specifically the exact proprietary specifications and details by which a competitor could utilize to manufacture these parts to the exact measurements to offer directly competing parts. |
| JX-18 | 5/30/2018 CCH print Rev B, CH1023-E/A200040 female STS sleeve (CCH_3646-3650) | Contains confidential business information, specifically the exact proprietary specifications and details by which a competitor could utilize to manufacture these parts to the exact measurements to offer directly competing parts. |
| JX-19 | 7/18/2018 CCH print Rev K, A200040-D female STS sleeve (CCH_3592-3594) | Contains confidential business information, specifically the exact proprietary specifications and details by which a competitor could utilize to manufacture these parts to the exact measurements to offer directly competing parts. |
| JX-20 | 5/21/2019 CCH print Rev L, A200040 female STS sleeve (CCH_3595-3597) | Contains confidential business information, specifically the exact proprietary specifications and details by which a competitor could utilize to manufacture these parts to the exact measurements to offer directly competing parts. |

178077600.1

| Table 1: Certain Exhibits to Joint Statement of Undisputed Material Fact | | |
|---|---|---|
| **JX** | **Description** | **Basis for Sealing** |
| JX-21 | 5/10/2021 CCH print Rev M, A200040 female STS sleeve (CCH_3598-3600) | Contains confidential business information, specifically the exact proprietary specifications and details by which a competitor could utilize to manufacture these parts to the exact measurements to offer directly competing parts. |
| JX-22 | Apr. 2018 CCH internal email thread re DURALINE (E1022) quote (CCH_452-458) | Contains confidential business information, including private communications with customers regarding the products that customers have requested product for and the pricing related to the same |
| JX-23 | 4/1/2020 CCH internal email thread re DURALINE 1022-Brochure with attachments (CCH_490-501) | Contains confidential business information, including private communications with customers regarding the products that customers have requested product for and the pricing related to the same |
| JX-24 | 4/3/2020 CCH internal email thread re Pearl Harbor sales (CCH_502-508) | Contains confidential business information, including private communications with customers (such as the Naval Base at Pearl Harbor) regarding the products that customers have requested product for and the pricing related to the same |

178077600.1

| Table 1: Certain Exhibits to Joint Statement of Undisputed Material Fact | | |
|---|---|---|
| JX | Description | Basis for Sealing |
| JX-25 | Sept. 2025 CCH internal email re DURALINE brochures (CCH_3245-3251) | Contains confidential business information, including private communications with customers regarding the products that customers have requested product for and the pricing related to the same |
| JX-27 | Jan. 2025 JBN / Pearl Harbor Navy emails re DURALINE STS connector (JBN-Duraline_1317-1328) | Contains confidential business information, private communications with U.S. Navy concerning systems-critical electrical connector parts, and customer names and contact information |
| JX-29 | 1/10/2025 CCH SAP spreadsheet "Durline [sic] shippments.xlsm" (CCH_1981) | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |
| JX-30 | 2/23/2026 CCH SAP spreadsheet "Copy of Durline [sic] shipments.xlsm" (CCH_3410) | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |

178077600.1

| **Table 1**: Certain Exhibits to Joint Statement of Undisputed Material Fact | | |
| --- | --- | --- |
| **JX** | **Description** | **Basis for Sealing** |
| JX-31 | CCH_3528 filtered - CCH SAP purchase-order register for DURALINE POs | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |
| JX-32 | CCH_3582 filtered - Jo-Kell 10/24/2011 PO (Sales Doc 201372788) | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |
| JX-33 | CCH_3582 filtered - BR1 OneSource 6/26/2012 PO (Sales Doc 202497790) | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |
| JX-34 | CCH_3582 filtered - Crescent 9/10/2012 PO (Sales Doc 202860844) | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |

178077600.1

| Table 1: Certain Exhibits to Joint Statement of Undisputed Material Fact | | |
|---|---|---|
| **JX** | **Description** | **Basis for Sealing** |
| JX-35 | CCH_3582 filtered - Sunray 1/7/2013 PO (Sales Doc 203397902) | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |
| JX-36 | CCH_3582 filtered - Pacific Coast 2014 POs (Sales Docs 205927907, 206215594) | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |
| JX-37 | CCH_3582 filtered - Jo-Kell 1/28/2019 PO (Sales Doc 215177653) | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |
| JX-38 | 6/5/2014 CCH order acknowledgment to Seacoast (CCH_3415) | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |

178077600.1

| Table 1: Certain Exhibits to Joint Statement of Undisputed Material Fact | | |
|---|---|---|
| **JX** | **Description** | **Basis for Sealing** |
| JX-39 | 8/25/2014 CCH order acknowledgment to Pacific Coast (CCH_3416) | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |
| JX-40 | 2/19/2015 CCH order acknowledgment to Seacoast (CCH_3417-3418) | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |
| JX-41 | 5/11/2015 CCH order acknowledgment to Seacoast (CCH_3421-3422) | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |
| JX-42 | 3/24/2015 CCH order acknowledgment to Pacific Coast (CCH_3419) | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |

178077600.1

13

| | Table 1: Certain Exhibits to Joint Statement of Undisputed Material Fact | |
|---|---|---|
| **JX** | **Description** | **Basis for Sealing** |
| JX-43 | 5/8/2015 CCH order acknowledgment to Pacific Coast (CCH_3420) | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |
| JX-44 | CCH_3610 filtered- CCH SAP billing register for DURALINE units | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |
| JX-45 | CCH_3610 filtered - BR1 OneSource billing (Sales Doc 202497790) | Contains confidential business information regarding the pricing and amount of products by customer name and customer location associated with certain parts for which competitors could improperly utilize. |

178077600.1

14

| Table 2: Certain Exhibits to JBN Statement of Undisputed Material Fact | | |
|---|---|---|
| **PX** | **Description** | **Basis for Sealing** |
| PX-5 | Expert Report of Joshua Gulliams | Contains confidential business and technical information concerning systems-critical electrical connector parts, including duplicate copies of many of the JX exhibits that CCH seeks to seal above (e.g., factory photos, technical drawings, confidential agreements and letters, etc.) |

| Table 3: Certain Exhibits to CCH Statement of Undisputed Material Fact | | |
|---|---|---|
| **DX** | **Description** | **Basis for Sealing** |
| DX-5 | Deposition Transcript Excerpts of Caroleen Bates | Contains confidential business information, from manufacturing level employees on how they conduct their business and how the company operates in a fashion that could provide proprietary information to competitors. |
| DX-6 | Deposition Transcript Excerpts of Huhg Hines | Contains confidential business information, from manufacturing level employees on how they conduct their business and how the company operates in a fashion that could provide proprietary information to competitors. |
| DX-13 | | Contains confidential business information, economic terms including pricing for products and percentage cuts on the same, and customer names and contact information |

178077600.1

15

| Table 4: Exhibit to JBN *Daubert* Motion | | |
|---|---|---|
| # | Description | Basis for Sealing |
| N/A | Expert Report of Sidney P. Blum | Contains confidential business information regarding the pricing of both parties to this lawsuit, their respective customers, and the costs and profits associated with certain parts for which competitors could improperly utilize. |

[remainder of page intentionally blank]

178077600.1

16

As demonstrated above in the table, the exhibits the parties seek to file under seal contain, reference, or reveal: (a) proprietary manufacturing specifications, mold configurations, tooling designs, and engineering drawings that constitute trade secrets under Florida law, see Fla. Stat. § 688.002; (b) internal business records, pricing, customer data, and competitive strategies of the parties; and/or (c) expert analysis and opinions based on examination of the foregoing confidential materials. Compelled public disclosure of this information would give competitors of the parties unfettered access to proprietary processes, product specifications, and business strategies, resulting in direct competitive harm.

Courts in this district routinely seal dispositive motions, supporting briefs, and exhibits where, as here, those materials contain trade secrets or confidential business information. See *Christian Care Ministry, Inc. v. Sureco Ins. Agency, Inc.*, 2019 WL 13062231, at *2 (M.D. Fla. Nov. 15, 2019) (permitting filing under seal of documents containing proprietary business information); *Direct Components, Inc.,* No. 8:23-CV-1617-VMC-SPF, 2025 WL 3619741, at *2 (M.D. Fla. July 25, 2025). Because the materials to be sealed are permeated with confidential technical and business information, there is no practicable less-restrictive alternative to sealing this limited set of documents in their entirety.

178077600.1

17

## IV. CONCLUSION

For the foregoing reasons, the parties jointly and respectfully request that the Court enter an order permitting the limited set of documents listed in Tables 1-4 above to be filed under seal. A proposed order is attached.

## LOCAL RULE 3.01(g) CERTIFICATION

In compliance with Local Rule 3.01(g), counsel for the parties have conferred in good faith concerning the issues raised in this motion and have agreed to jointly make this motion.

Dated: June 12, 2026

Respectfully submitted,

 /s/Jacob M. Burr
Jacob M. Burr (*pro hac vice*)
Jacob.Burr@troutman.com

John S. Gibbs III
Florida Bar No. 91105
Evan.Gibbs@troutman.com

Troutman Pepper Locke LLP
600 Peachtree Street
Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000

*Counsel for Defendant Cooper Crouse-Hinds, LLC*

 /s/Joshua D. Curry
Joseph R. Englander
Florida Bar No.: 935565
Pedro Stefan Quintana
Florida Bar No. 1026411
LEWIS BRISBOIS BISGAARD
& SMITH LLP
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
Email:
joseph.englander@lewisbrisbois.com
pedro.quintana@lewisbrisbois.com
E-Service:
ftlemaildesig@lewisbrisbois.com

Joshua D. Curry
Florida Bar No.: 36925
LEWIS BRISBOIS BISGAARD &
SMITH LLP
600 Peachtree St. NE, Suite 4700
Atlanta, GA 30308

178077600.1

18

Ph: 404.348.8585
Fax: 404.467.8845
Email: josh.curry@lewisbrisbois.com

Benjamin A. Andersen (pro hac vice)
WISLER PEARLSTINE LLP
460 Norristown Rd., Suite 110
Blue Bell, PA  19422
Telephone: 610.825.8400
Email: bandersen@wispearl.com

Jeffrey H. Greger (pro hac vice)
JEFFREY H. GREGER, PC
Virginia State Bar No.: 41500
5006 Kenerson Drive
Fairfax, Virginia 22032
Telephone: (571) 331-4949
Email: jeff@gregerpc.com

Thomas W. Cole (pro hac vice)
STUDEBAKER & BRACKETT PC
Virginia State Bar No.: 21341
8255 Greensboro Dr Ste 300
McLean, Virginia 22102
Telephone 703 677 2169
Email: thomas.cole@sbpatentlaw.com

*Counsel for Plaintiff J.B. Nottingham, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below the foregoing document with any attachments was filed using the Court's CM/ECF System, which caused counsel of record for the parties to be served by electronic mail, as more fully reflected on the notice of electronic filing.

Dated: June 12, 2026                   */s/Joshua D. Curry*

178077600.1

19