## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

J.B. NOTTINGHAM, INC.,

       Plaintiff,

v.

COOPER CROUSE-HINDS, LLC, and
JO-KELL INC.,

       Defendants.

Civ. Action No. 6:24-CV-2232

## [PROPOSED] ORDER ON MOTION TO SEAL

This matter is before the Court upon the parties' Joint Motion to File Certain Materials Under Seal. Having considered the motion and being fully advised, the motion is hereby GRANTED as follows for good cause shown.

It is hereby ORDERED that the documents checked with an "X" below may be filed under seal. For the documents *not* marked with an "X" below, leave to seal is denied, but pursuant to M.D. Fla. Local Rule 1.11(d) those documents for which leave to seal is denied, if any, will remain sealed for 14 days from the date of this order and the parties may choose to withdraw any document for which leave to file under seal was not granted.

1

| Table 1: Certain Exhibits to Joint Statement of Undisputed Material Fact | | |
|---|---|---|
| **JX** | **Description** | **"X" = Seal Granted** |
| JX-3 | Jan. 2026 CCH factory photos (CCH_551-568) | |
| JX-4 | 6/5/2009 CCH notice terminating JBN-CCH contract (JBN-Duraline_873-874) | |
| JX-6 | 6/14/1993 CCH print, A200039 male STS sleeve (CCH_3588-3589) | |
| JX-7 | 6/30/2005 CCH print Rev A, E1022 female STS connector (CCH_3660) | |
| JX-8 | 5/30/2012 CCH print Rev C, CH200061 female STS sleeve (CCH_3408-3409) | |
| JX-9 | 5/30/2012 CCH print Rev C, CH200060 male STS sleeve (CCH_3406-3407) | |
| JX-10 | 6/17/2011 CCH print Rev G, A200040-D female STS sleeve (CCH_3451-3453) | |
| JX-11 | Amy Poole (CCH) deposition excerpts (Vols. I and II) | |
| JX-12 | 5/30/2012 CCH print Rev C, A200061 female STS sleeve (CCH_3606-3607) | |
| JX-13 | 5/30/2012 CCH print Rev B, A200060 male STS sleeve(CCH_3402-3403) | |
| JX-14 | 10/17/2012 CCH SolidWorks "unreleased" print, A200060 STS sleeve (CCH_3604-3605) | |
| JX-15 | 6/5/2023 CCH print Rev N, A200040-D female STS sleeve (CCH_1946-1948) | |
| JX-16 | 4/24/2015 CCH print Rev D, A200061 female STS sleeve (CCH_3404-3405) | |
| JX-17 | 4/8/2015 CCH print Rev J, A200040 female STS sleeve (CCH_3591) | |
| JX-18 | 5/30/2018 CCH print Rev B, CH1023-E/A200040 female STS sleeve (CCH_3646-3650) | |
| JX-19 | 7/18/2018 CCH print Rev K, A200040-D female STS sleeve (CCH_3592-3594) | |

| **Table 1: Certain Exhibits to Joint Statement of Undisputed Material Fact** | | |
|---|---|---|
| **JX** | **Description** | **"X" = Seal Granted** |
| JX-20 | 5/21/2019 CCH print Rev L, A200040 female STS sleeve (CCH_3595-3597) | |
| JX-21 | 5/10/2021 CCH print Rev M, A200040 female STS sleeve (CCH_3598-3600) | |
| JX-22 | Apr. 2018 CCH internal email thread re DURALINE (E1022) quote (CCH_452-458) | |
| JX-23 | 4/1/2020 CCH internal email thread re DURALINE 1022-Brochure with attachments (CCH_490-501) | |
| JX-24 | 4/3/2020 CCH internal email thread re Pearl Harbor sales (CCH_502-508) | |
| JX-25 | Sept. 2025 CCH internal email re DURALINE brochures (CCH_3245-3251) | |
| JX-27 | Jan. 2025 JBN / Pearl Harbor Navy emails re DURALINE STS connector (JBN-Duraline_1317-1328) | |
| JX-29 | 1/10/2025 CCH SAP spreadsheet "Durline [sic] shippments.xlsm" (CCH_1981) | |
| JX-30 | 2/23/2026 CCH SAP spreadsheet "Copy of Durline [sic] shipments.xlsm" (CCH_3410) | |
| JX-31 | CCH_3528 filtered - CCH SAP purchase-order register for DURALINE POs | |
| JX-32 | CCH_3582 filtered - Jo-Kell 10/24/2011 PO (Sales Doc 201372788) | |
| JX-33 | CCH_3582 filtered - BR1 OneSource 6/26/2012 PO (Sales Doc 202497790) | |
| JX-34 | CCH_3582 filtered - Crescent 9/10/2012 PO (Sales Doc 202860844) | |
| JX-35 | CCH_3582 filtered - Sunray 1/7/2013 PO (Sales Doc 203397902) | |
| JX-36 | CCH_3582 filtered - Pacific Coast 2014 POs (Sales Docs 205927907, 206215594) | |

| **Table 1: Certain Exhibits to Joint Statement of Undisputed Material Fact** | | |
|---|---|---|
| **JX** | **Description** | **"X" = Seal Granted** |
| JX-37 | CCH_3582 filtered - Jo-Kell 1/28/2019 PO (Sales Doc 215177653) | |
| JX-38 | 6/5/2014 CCH order acknowledgment to Seacoast (CCH_3415) | |
| JX-39 | 8/25/2014 CCH order acknowledgment to Pacific Coast (CCH_3416) | |
| JX-40 | 2/19/2015 CCH order acknowledgment to Seacoast (CCH_3417-3418) | |
| JX-41 | 5/11/2015 CCH order acknowledgment to Seacoast (CCH_3421-3422) | |
| JX-42 | 3/24/2015 CCH order acknowledgment to Pacific Coast (CCH_3419) | |
| JX-43 | 5/8/2015 CCH order acknowledgment to Pacific Coast (CCH_3420) | |
| JX-44 | CCH_3610 filtered- CCH SAP billing register for DURALINE units | |
| JX-45 | CCH_3610 filtered - BR1 OneSource billing (Sales Doc 202497790) | |

| **Table 2: Certain Exhibits to JBN Statement of Undisputed Material Fact** | | |
|---|---|---|
| **PX** | **Description** | **"X" = Seal Granted** |
| PX-5 | Expert Report of Joshua Gulliams | |

| **Table 3: Certain Exhibits to CCH Statement of Undisputed Material Fact** | | |
|---|---|---|
| **DX** | **Description** | **"X" = Seal Granted** |
| DX-5 | Deposition Transcript Excerpts of Caroleen Bates | |
| DX-6 | Deposition Transcript Excerpts of Huhg Hines | |

| Table 3: Certain Exhibits to CCH Statement of Undisputed Material Fact | | |
|---|---|---|
| **DX** | **Description** | **"X" = Seal Granted** |
| DX-13 | | |

| Table 4: Exhibit to JBN *Daubert* Motion | | |
|---|---|---|
| **#** | **Description** | **"X" = Seal Granted** |
| N/A | Expert Report of Sidney P. Blum | |

ORDERED in Orlando, Florida on _____, 2026

_____
Daniel C. Irick
United States Magistrate Judge

5