**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

J.B. NOTTINGHAM, INC.,

        Plaintiff,

v.

COOPER CROUSE-HINDS, LLC

        Defendant.

Civ. Action No. 6:24-CV-2232

**PLAINTIFF JBN'S REPLY RE DEFENDANT CCH'S RESPONSE TO AND
ADDITIONAL STATEMENT OF FACTS IN SUPPORT OF CCH'S
RESPONSE TO JBN'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff J.B. Nottingham, Inc. ("JBN") hereby replies and responds to
Defendant Cooper Crouse-Hinds LLC's ("CCH") Response to JBN's Statement of
Undisputed Material Facts and CCH's Statement of Additional Undisputed Material
Facts (Doc. 82) as follows:

**JBN'S REPLY TO CCH'S RESPONSE TO JBN'S PSUMF**

¶1-3. JBN disagrees with CCH's characterization of the documents cited in
JBN's PSUMF (Doc. 76) and the legal import of those documents. The referenced
documents speak for themselves.

¶4. N/A. CCH does not dispute.

¶5. JBN objects to CCH's response because it does not fairly meet the fact
stated in JBN's PSUMF's ¶5 that "CCH has not submitted any expert opinion,

1

testimony, or other evidence in rebuttal Mr. Guilliams's expert opinions." CCH agrees that CCH did not submit a rebuttal to Mr. Guilliams's expert opinions, and CCH cites no location in the record where CCH has submitted any expert opinion, testimony, or other evidence in rebuttal Mr. Guilliams's expert opinions.

## JBN'S RESPONSE TO CCH'S ADDITIONAL FACTS

¶1-10. JBN disagrees with CCH's characterization of the documents cited in CCH's Statement of Additional Material Facts (Doc. 82) and the legal import of those documents. The referenced documents speak for themselves.

¶11-17. JBN objects to these paragraphs as irrelevant and immaterial to whether CCH has legal liability for CCH's unauthorized trademark counterfeiting. What current CCH employees may know or remember now has no bearing on the meaning of the past documents CCH produced or the current testimony that CCH provided about the import of those past CCH documents.

¶18. Disputed because JBN's 30(b)(6) witness Mr. Sclafani testified the STS Connectors he observed at Jo-Kell's office in 2010 were "just old stock that [Jo-Kell] had laying around" and he "tended to believe [Jo-Kell]" that these 2010 STS Connectors were, in fact, genuine. *See* Scalfani Dep. (DX-02) at 174:23-175:12.

¶19-21. JBN objects to these paragraphs as irrelevant and immaterial to any issue raised in JBN's Motion for Partial Summary Judgment. Descriptions in CCH's patents have no bearing on the meaning of JBN's '635 Trademark Registration.

2

¶22. Disputed because JBN's website and materials do not "only refer to the at issue products as connectors."

¶23. JBN objects to his paragraph as irrelevant and immaterial to any issue raised in JBN's Motion for Partial Summary Judgment. The JBN products that CCH points to in this paragraph are not at issue in this litigation.

Dated: July 14, 2026                    Respectfully submitted,

    */s/Joshua D. Curry*
Joseph R. Englander
Florida Bar No.: 935565
Pedro Stefan Quintana
Florida Bar No. 1026411
LEWIS BRISBOIS BISGAARD
& SMITH LLP
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
Email:
joseph.englander@lewisbrisbois.com
pedro.quintana@lewisbrisbois.com
E-Service:
ftlemaildesig@lewisbrisbois.com

Joshua D. Curry
Florida Bar No.: 36925
LEWIS BRISBOIS BISGAARD &
SMITH LLP
600 Peachtree St. NE, Suite 4700
Atlanta, GA 30308
Ph: 404.348.8585
Fax: 404.467.8845
Email: josh.curry@lewisbrisbois.com

Benjamin A. Andersen (pro hac vice)

3

WISLER PEARLSTINE LLP
460 Norristown Rd., Suite 110
Blue Bell, PA  19422
Telephone: 610.825.8400
Email: bandersen@wispearl.com

Jeffrey H. Greger (pro hac vice)
JEFFREY H. GREGER, PC
Virginia State Bar No.: 41500
5006 Kenerson Drive
Fairfax, Virginia 22032
Telephone: (571) 331-4949
Email: jeff@gregerpc.com

Thomas W. Cole (pro hac vice)
STUDEBAKER & BRACKETT PC
Virginia State Bar No.: 21341
8255 Greensboro Dr Ste 300
McLean, Virginia 22102
Telephone 703 677 2169
Email: thomas.cole@sbpatentlaw.com

*Counsel for Plaintiff J.B. Nottingham, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below the foregoing document with any attachments was filed using the Court's CM/ECF System, which caused counsel of record for the parties to be served by electronic mail, as more fully reflected on the notice of electronic filing.

Dated: July 14, 2026                      */s/Joshua D. Curry*

4