**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

J.B. NOTTINGHAM, INC.,

Plaintiff,

v.

COOPER CROUSE-HINDS, LLC, and JO-KELL INC.,

Defendants.

Case No. 6:24-CV-2232-JSS-DCI

**[PROPOSED] ORDER**

This matter is before the Court upon the parties' joint motion to continue the currently scheduled trial term and to reset the case for trial on a subsequent trial term, with a corresponding extension of the deadline for submission of a Joint Final Pretrial Statement and other trial preparation deadlines.

For the reasons stated in the motion and for good cause shown, the motion is hereby GRANTED and this case is reset to the Court's trial term that begins about 90 days after the Court's ruling on the Parties' pending cross-motions for summary judgment and Plaintiff's *Daubert* motion. After ruling on the pending motions, the Court will enter a subsequent order fixing the specific date of the trial term.

SO ORDERED in Orlando, Florida on ____________________, 2026

______________________________
Julie S. Sneed
United States District Judge