**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| J.B. NOTTINGHAM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: 6:24-cv-2232-DCI |
| JO-KELL, INC. and COOPER CROUSE-HINDS, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED NOTICE OF LEAD COUNSEL DESIGNATION**

Pursuant to Local Rule 2.02(a), Thomas J. Cunningham, of the law firm of TROUTMAN PEPPER LOCKE LLP, hereby enters his designation as lead counsel for Cooper Crouse-Hinds, LLC.

By: */s/ Thomas J. Cunningham*
Thomas J. Cunningham
Florida Bar Number: 0121997
thomas.cunningham@troutman.com
Telephone: 561-833-7700
TROUTMAN PEPPER LOCKE LLP
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL 33401
*Counsel for Defendant Cooper Crouse-Hinds, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will provide a notice of electronic filing to:

Joseph Robert Englander
Pedro Stefan Quintana
Lewis Brisbois Bisgaard & Smith LLP
110 SE 6th Street, Ste. 2600
Broward, FL 33301
Joseph.englander@lewisbrisbois.com
Pedro.quintana@lewisbrisbois.com

*Counsel for plaintiff*

Joshua D. Curry
Lewis Brisbois Bisgaard & Smith
600 Peachtree Street, NE, Ste. 4700
Atlanta, GA 30308
Josh.curry@lewisbrisbois.com

*Counsel for plaintiff*

Benjamin A. Andersen, *pro hac vice*
Wisler Pearlstine LLP
PA 460 Norristown Road Bluebell
Executive Campus Suite 110
Blue Bell, PA 19422
bandersen@wispearl.com

*Counsel for plaintiff*

Jeffrey H. Greger, *pro hac vice*
Jeffrey H. Greger PC
5006 Kenerson Drive
Fairfax, VA 22032
jeff@gregerpc.com

*Counsel for plaintiff*

Thomas W. Cole, *pro hac vice*
Studebaker & Brackett PC
8255 Greensboro Drive, Ste. 300
McLean, VA 22102
Thomas.cole@sbpatentlaw.com

*Counsel for plaintiff*

John Sikes Gibbs, III
Troutman Pepper Locke LLP
600 Peachtree Street,N.E.
Suite 3000
Atlanta, GA 30308
Evan.gibbs@troutman.com

*Counsel for defendant Cooper Crouse-Hinds, LLC*

Jacob M. Burr, *pro hac vice*
Troutman Pepper Locke LLP
600 Peachtree Street, N.E.
Suite 3000
Atlanta, GA 30308
*Jacob.burr@troutman.com*

*Counsel for defendant Cooper Crouse-Hinds, LLC*

*/s/ Thomas J. Cunningham*
Thomas J. Cunningham

333274671v1